FILED

11/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0457

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 20-0457

IN THE MATTER OF:

K.D.H.,

    A Youth In Need Of Care.

**ORDER**

Upon consideration of Mother and Appellant's Motion To Stay Briefing Schedule Pending Supplementation Of The Record, and with good cause shown, it is hereby ordered that Appellant shall file the opening brief in this matter no later than 30 days after completion of the record from below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 20 2020